UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

GARRETT WADE LINDERMAN )
) CIVIL NO: C17-5934 RSM
)
Plaintiff, ) ORDER RE:
) ATTORNEY FEES AND
vs. ) EXPENSES AND COSTS
)
NANCY BERRYHILL, )
ACTING COMMISSIONER )
OF SOCIAL SECURITY, )
)
Defendant. )

Based upon Plaintiff's Motion for Attorney Fees, it is hereby ORDERED that $6,100.39 in attorney fees and expenses in the amount of $15.99 (for certified mail/return receipt) pursuant to Equal Access of Justice Act (EAJA), 28 U.S.C., Section 2412(d), and costs in the amount of $5.00 (for copying costs) pursuant to 28 U.S.C., Section 1920, shall be awarded to Plaintiff pursuant to Astrue v. Ratliff, 130 U.S. 2521, (2010), 130 S.Ct 2521 (2010). The check for EAJA fees, expenses, and costs shall be sent to the law office of Plaintiff's attorney, JEFFREY SCHWAB at P.O. DRAWER 1429, MOSES LAKE, WA 98837.

Dated this 16th day of November 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order RE: -
Attorney Fees and Expenses
And Costs
3:17-cv-05934-RSM

Law Offices of
Calbom & Schwab, P.S.C
P.O. Drawer 1429
Moses Lake, Washington 98837
(509) 765-1851